UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NICOLE NEILL,

    Plaintiff,

vs.

MARINER FINANCE

    Defendant.

Civil Action No.: 1:17-cv-01570-YK

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the above-captioned action is voluntarily dismissed with prejudice and with each party to bear their own costs and attorneys' fees.

**Dated: November 2, 2017**

/s/ SHANNON MILLER

Shannon Miller, Esq.
MAURICE WUTSCHER, LLP
Executive Commons, Suite One
175 Strafford Avenue
Wayne, PA 19087

/s/ JOSEPH T. SUCEC

Joseph T. Sucec, Esq.
PO Box 317
Grantham, PA 17027